# Third District Court of Appeal

## State of Florida

Opinion filed December 23, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1611
Lower Tribunal No. 18-41280
_____


**The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT 2006-OA12 Mortgage Pass-Through Certificates, Series 2006-OA12,**
Petitioner,

vs.

**Melida Abadia,**
Respondent.


A Writ of Certiorari to the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Polsinelli PC, and Brendan I. Herbert and Henry H. Bolz IV, for petitioner.

Jacobs Legal, PLLC, and Bruce Jacobs; and Wasson & Associates, Chartered, and Roy D. Wasson, for respondent.


Before FERNANDEZ, HENDON, and LOBREE, JJ.

PER CURIAM.

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT 2006-OA12 Mortgage Pass-Through Certificates, Series 2006-OA12 ("Trustee"), petitions for a writ of certiorari seeking to quash the trial court's October 1, 2020 "Order Denying Bank of New York Mellon, as Trustee's Motion to Dismiss Counterclaim" and remand for dismissal of Respondent Melida Abadia's ("Borrower"), counterclaim below.

Based upon the record before us, the trial court's denial of the motion to dismiss on litigation privilege grounds constitutes irreparable harm as a matter of law. DelMonico v. Traynor, 116 So. 3d 1205, 1212 (Fla. 2013); AGM Invs., LLC v. Bus. Law Grp., P.A., 219 So. 3d 920, 924 (Fla. 2d DCA 2017); see Levin, Middlebrooks, Mabie, Thomas, Mayes & Mitchell, P.A. v. U.S. Fire Ins. Co., 639 So. 2d 606, 608 (Fla. 1994); James v. Leigh, 145 So. 3d 1006 (Fla. 1st DCA 2014); O'Malley v. St. Thomas Univ., Inc., 599 So. 2d 999 (Fla. 3d DCA1992). We therefore grant the petition for certiorari, quash the order under review, and remand for dismissal of the Borrower's counterclaim.

Petition for certiorari granted, order quashed, and cause remanded.